UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00686-DJH-LLK

BRANDI GRAY                                                                                           PLAINTIFF

v.

CHARTER COMMUNICATIONS, LLC                                                          DEFENDANT

## OPINION & ORDER

Judge David J. Hale referred this matter to Magistrate Judge King for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. [DN 6].

This matter is now before the Court on Plaintiff's Motion for Leave to File Amended Complaint. [DN 18]. Defendant Charter Communications, LLC, filed a response to the Motion stating that, while it has no objection to the Motion, Defendant intends to challenge the Amended Complaint through a motion to dismiss once the Amended Complaint has been filed. [DN 21].

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading by leave of Court and that such leave should be freely given when justice so requires. The United States Supreme Court has opined that leave should be granted absent a specific reason such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Since the Court has yet to establish a deadline by which parties must join additional parties and amend pleadings, [DN 20], and since this case is still in its infancy, Plaintiff has timely filed the subject Motion. Defendant would not be, and does not claim it would be, prejudiced should

1

Plaintiff be allowed to amend its Complaint.  While Defendant does raise potentially significant issues with Plaintiff's proposed Complaint, these arguments are more properly addressed in a dispositive motion, rather than a procedural one.  Accordingly, Plaintiff's Motion for Leave to File Amended Complaint is GRANTED.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Leave to File Amended Complaint is GRANTED.

2. The clerk is directed to file Plaintiff's proposed First Amended Complaint, [DN 18-1], as of the entry of this Order.

**IT IS SO ORDERED.**

February 25, 2020

**Lanny King, Magistrate Judge**
**United States District Court**

c:  Counsel of Record